IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| BRADY EAMES,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THE ADMINISTRATIVE COMMITTEE OF THE FEDERAL REGISTER; THE OFFICE OF THE FEDERAL REGISTER; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:15-CV-0021<br><br><br><br>Judge Dee Benson |

　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on March 15, 2016, recommending that the Defendants' motion to dismiss be GRANTED and that Plaintiff's motion for leave to amend to include supplemental claims be DENIED.

1

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.  Accordingly, the Court hereby orders as follows:

Defendants' Motion to Dismiss is GRANTED.

Plaintiff's Motion for Leave to Amend to Include Supplemental Claims is DENIED.

IT IS SO ORDERED.

DATED this 31st day of March, 2016.

_____
Dee Benson
United States District Judge